IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LORETHA D. BROWN                                                       PLAINTIFF

V.                                       CIVIL ACTION NO. 4:16-CV-167-SA-JMV

COVENANT DOVE CORPORATE                                 DEFENDANT

ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the Court grants summary judgment in Defendant Covenant Dove Corporate's favor on all of Loretha Brown's claims. Covenant Dove's Motion for Summary Judgment [29] is GRANTED, and this CASE is DISMISSED with prejudice.

So ORDERED on this the 24th day of October, 2017.

                                                                               /s/ Sharion Aycocck
                                                                               UNITED STATES DISTRICT COURT JUDGE